**Charles R. SANDERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66863.**

Missouri Court of Appeals,
Western District.

Oct. 9, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 20, 2007.

Application for Transfer Denied
Jan. 22, 2008.

Laura G. Martin, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Mr. Charles R. Sanders appeals from the judgment of the motion court denying his motion for post-conviction relief after an evidentiary hearing under Rule 29.15.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).